# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Olson, John K. | Florida Southern - Bankruptcy | 06/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankrtuptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final | 01/01/2019<br>**to**<br>02/09/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

US Courthouse
299 E Broward Blvd
Ft Lauderdale, FL 33301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Steven Fender, PA |
| 2. | 2020 | Steven Fender, PA |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Business Law Section, The Florida Bar | Jan 16-19, 2019 | Orlando, FL | Section Meeting | Transportation, meals, room |
| 2. | American Bankruptcy Institute | February 5-7, 2019 | Tampa, FL | Paskay Seminar | Transportation, meals, room |
| 3. | Business Law Section | Mar 5-15, 2019 | Israel | Section Executive Council Meeting | Transportation, meals, room |
| 4. | Business Bankruptcy Commiittee, Business Law Section, American Bar Association | Mar 26-Apr 2, 2019 | Vancouver, BC, Canada | Section Meeting | Transportation, meals, room |

| Name of Person Reporting | Date of Report |
|---|---|
| **Olson, John K.** | 06/30/2020 |

| 5. | Bankruptcy Bar Assoc, SD Florida | May 9-12, 2019 | Key Largo, FL | Annual Retreat | Transportation, meals, room |
|---|---|---|---|---|---|
| 6. | Business Law Section, The Florida Bar | Jun 26-28, 2019 | Boca Raton, FL | Annual Meeting | Transportation, meals, room |
| 7. | Business Law Section, American Bar Assoc | Sept 11-14, 2019 | Washington, DC | Annual Meeting | Transportation, meals, room |
| 8. | George Mason University | Sept 29-Oct 1, 2019 | Arlington, VA | Seminar Law and Economics - Consumer Protection | Transportation, meals, room |
| 9. | National Conf Bankruptcy Judges | Oct 29-Nov 2, 2019 | Washington, DC | Annual Meeting | Meals, room |
| 10. | Business Bankruptcy Committee, Business Law Section, American Bar Assoc | Oct 29-Nov 2, 2019 | Washington, DC | Committee Meeting | Transportation, meals, room |
| 11. | Business Law Section, The Florida Bar | Nov7-8, 2019 | Miami, FL | View from the Bench Seminar | Transportation, meals, room |
| 12. | Boston College Law School | Dec 3, 2019 | Miami, FL | Reception | Transportation, meals |
| 13. | Bankruptcy Bar Assn, SD Florida | Jan 29, 2020 | Ft Lauderdale, FL | Retirement dinner | Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 06/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Raymond James Brokerage Account cash balance | A | Interest | J | T | | | | | |
| 2. -RJ Bank | A | Interest | J | T | | | | | |
| 3. Account 1636 | | | | | | | | | |
| 4. -LDLFX | B | Int./Div. | | | Sold | 12/13/19 | K | D | |
| 5. -PONPX | D | Int./Div. | | | Sold | 12/13/19 | K | C | |
| 6. -EFA | A | Int./Div. | | | Sold | 12/13/19 | J | A | |
| 7. -JKE | A | Int./Div. | | | Buy<br>(add'l) | 12/13/19 | L | | |
| 8. -NCIAX | E | Int./Div. | K | T | Buy | 12/13/19 | K | | |
| 9. -PFPNX | E | Int./Div. | K | T | Buy | 12/13/19 | K | | |
| 10. -QQEW | F | Int./Div. | L | T | Buy | 12/13/19 | L | | |
| 11. ACCOUNT M542 | | | | | | | | | |
| 12. -QQEW | A | Int./Div. | K | T | Buy | 11/05/19 | K | | |
| 13. -JKE | A | Int./Div. | K | T | Buy | 02/05/20 | K | | |
| 14. -RJ BANK | A | Interest | J | T | | | | | |
| 15. -QQQ | A | Interest | | | Sold | 11/05/19 | K | B | |
| 16. -LDLFX | A | Int./Div. | | | Sold | 12/13/19 | K | A | |
| 17. -PONPX | A | Int./Div. | | | Sold | 12/13/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -XMLV | A | Int./Div. | | | Sold | 12/13/19 | J | A | |
| 19.   INVESCO AMERICAN FRANCHISE FUND B | A | Int./Div. | J | T | | | | | |
| 20.   INVESCO AMERICAN FRANCHISE FUND A | A | Int./Div. | K | T | | | | | |
| 21.   INVESCO GLOBAL CORE EQUITY FUND | A | Int./Div. | K | T | | | | | |
| 22.   AQR MULTI STRATEGY ALT FUND | A | Int./Div. | K | T | | | | | |
| 23.   BBH CORE SELECT FUND | B | Int./Div. | L | T | | | | | |
| 24.   DGHM ALL CAP VALUE FUND | A | Int./Div. | K | T | | | | | |
| 25.   ETRACS ALERIAN MLP ETN | B | Int./Div. | K | T | | | | | |
| 26.   FEDERATED STRAT VAL DIV IS | B | Int./Div. | K | T | | | | | |
| 27.   FPA CRESCENT FUND | A | Int./Div. | K | T | | | | | |
| 28.   PIMCO COMMOD RR STRATEGIC FUND | A | Int./Div. | J | T | | | | | |
| 29.   RIVERPARK/WEDGEWOOD INS | A | Int./Div. | K | T | | | | | |
| 30.   SCHWAB FUNDAMENTAL US LARGE CAP INDEX | B | Int./Div. | L | T | | | | | |
| 31.   TPS MARKET NEUTRAL FUND | A | Int./Div. | L | T | | | | | |
| 32.   VAUGHN NELSO VALUE OPP-Y | A | Int./Div. | L | T | | | | | |
| 33.   JOHCM INTL SEL-I | A | Int./Div. | K | T | | | | | |
| 34.   AVENUE CREDIT STRATEGIES FUND | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. JP MORGAN CORE BOND FUND | A | Interest | J | T | | | | | |
| 36. NATIXIS LOOMIS SAYLES INVESTMENT GRADE BOND FUND | B | Interest | K | T | | | | | |
| 37. OSTERWEIS STRATEGIC INCOME FUND | B | Interest | K | T | | | | | |
| 38. PIMCO ALL ASSET ALL AUTH FUND | B | Interest | K | T | | | | | |
| 39. TEMPLETON GLOBAL BOND FUND | A | Interest | J | T | | | | | |
| 40. ENERGY INCOME & GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 41. EATON VANCE TAX ADV GLOBAL DIV OPPTY FUND | A | Int./Div. | J | T | | | | | |
| 42. ISHARES INC AUSTRALIA INDEX FUND | A | Int./Div. | J | T | | | | | |
| 43. ISHARES INC GLOBAL TELECOM SEC INDEX FUND | A | Int./Div. | J | T | | | | | |
| 44. ISHARES INC CDA INDEX FUND | A | Int./Div. | J | T | | | | | |
| 45. MARKET VECTORS TRUST AGRIBUSINESS EFT | A | Int./Div. | J | T | | | | | |
| 46. SPDR SECTOR SBI ENERGY FUND | A | Int./Div. | J | T | | | | | |
| 47. SPDR SECTOR SERIES TR S&P OIL & GAS EQUI[T SVCS ETF | A | Int./Div. | J | T | | | | | |
| 48. SPDR SERIES TR S&P METALS & MINING | A | Int./Div. | J | T | | | | | |
| 49. VANGUARD DIV APPREC ETF | A | Int./Div. | J | T | | | | | |
| 50. NUVEEN SEL MATURITIES MUNI FUND | A | Interest | J | T | | | | | |
| 51. VANGUARD SHORT TERM TAX EXEMPT FUND | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UBS CASH FUND | A | Interest | J | T | | | | | |
| 53. T | A | Int./Div. | J | T | | | | | |
| 54. ADP | A | Int./Div. | J | T | | | | | |
| 55. BR | A | Int./Div. | J | T | | | | | |
| 56. EXBO | A | Int./Div. | J | T | | | | | |
| 57. ECA | A | Int./Div. | J | T | | | | | |
| 58. INFY | A | Int./Div. | J | T | | | | | |
| 59. SAYCY | A | Int./Div. | J | T | | | | | |
| 60. SLB | A | Int./Div. | J | T | | | | | |
| 61. SBCF | A | Int./Div. | J | T | | | | | |
| 62. WIT | A | Int./Div. | J | T | | | | | |
| 63. GCH | A | Int./Div. | J | T | | | | | |
| 64. EFA | A | Int./Div. | J | T | | | | | |
| 65. EEM | A | Int./Div. | J | T | | | | | |
| 66. CVTCX | A | Int./Div. | J | T | | | | | |
| 67. VEECX | A | Int./Div. | J | T | | | | | |
| 68. TEGBX | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  PTTCX | A | Int./Div. | J | T | | | | | |
| 70.  GYB | A | Int./Div. | J | T | | | | | |
| 71.  FESGX | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 06/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John K. Olson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544